# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

BERNARD JONES
ADC #114518                                                         PLAINTIFF

v.                       No. 5:16-cv-344-DPM-JTR

MELVA TRASK, ACC Reentry Director;
PHILLIP GLOVER, ACC Probation and
Parole, Jefferson County Parole Office; and
TIFFANY DOSS, ACC                                                 DEFENDANTS

## ORDER

Unopposed partial recommendation, № 7, adopted. FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes). Jones's due process claims are dismissed without prejudice. His conditions of confinement and retaliation claims go forward. An *in forma pauperis* appeal from this Order would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

1 February 2017