IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

BERNARD JONES                                                    PLAINTIFF

v.                          No. 5:16-cv-344-DPM

MELVA TRASK, ACC Reentry Director;
PHILLIP GLOVER, ACC Probation and Parole,
Jefferson County Parole Office; and
TIFFANY DOSS, ACC                                               DEFENDANTS

ORDER

1. The Court withdraws the reference.

2. Jones hasn't responded to Defendants' motion for summary judgment on the exhaustion issue; and the time to do so has passed. Nº 29. Jones's substituted complaint will therefore be dismissed without prejudice. LOCAL RULE 5.5(c)(2). Defendants' motion for summary judgment, Nº 25, is denied without prejudice as moot.

3. An *in forma pauperis* appeal of this Order and the accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

29 June 2017