IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

BERNARD JONES                                                 PLAINTIFF

v.                      No. 5:16-cv-344-DPM

MELVA TRASK, ACC Reentry Director;
PHILLIP GLOVER, ACC Probation and Parole,
Jefferson County Parole Office; and
TIFFANY DOSS, ACC                             DEFENDANTS

## JUDGMENT

Jones's substituted complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

29 June 2017